## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CAROLYN TURNBOW-AVERY,                        Case No. 1:11-cv-323
      Plaintiff                          Dlott, J.
                              Litkovitz, M.J.

      vs

UNITED STATES POSTAL
SERVICE,                                       **REPORT AND RECOMMENDATION**
      Defendant


       This matter is before the Court on plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) in connection with an employment discrimination suit.  (Doc. 1).  Plaintiff's affidavit states that she earns $2,000.00 per month from employment.  Plaintiff's affidavit does not list any monthly debts or expenses.  Accordingly, the Court is unable to conclude from plaintiff's affidavit that her income is insufficient to provide herself and her family with the necessities of life and still have sufficient funds to pay the full filing fee of $350.00 in order to institute this action.  *See Adkins v. E.I. DuPont De Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948).  Therefore, plaintiff's motion to proceed *in forma pauperis* should be denied.

### IT IS THEREFORE RECOMMENDED THAT:

1.  Plaintiff's motion to proceed *in forma pauperis* be **DENIED**.

2.  If this recommendation is adopted, that plaintiff be **GRANTED** an **EXTENSION OF TIME** of thirty (30) days from the date of any Order adopting the Report and Recommendation to pay the required filing fee of $350.00.  Plaintiff should be notified that her complaint will not be deemed "filed" until the appropriate filing fee is paid, *see Truitt v. County of Wayne*, 148 F.3d

644, 648 (6th Cir. 1998), and that if she fails to pay the filing fee within thirty (30) days this

matter will be closed.



Date:  5/19/2011                                             s/Karen L. Litkovitz
                                                            Karen L. Litkovitz
                                                            United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

CAROLYN TURNBOW-AVERY,
Plaintiff

vs

UNITED STATES POSTAL SERVICE,
Defendant

Case No. 1:11-cv-323
Dlott, J.
Litkovitz, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).