IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Carolyn Turnbow-Avery,               :
                                     :
        Plaintiff(s),                :
                                     :   Case Number: 1:11cv323
    vs.                              :
                                     :   Chief Judge Susan J. Dlott
United States Postal Service,        :
                                     :
        Defendant(s).                :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 19, 2011(Doc. May 19, 2011), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 6, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is **DENIED.**

Plaintiff is **GRANTED** an **EXTENSION OF TIME** for thirty (30) days from date of this Order to pay the required filing fee of $350.00.  Plaintiff is notified that her complaint will not be deemed filed until the appropriate filing fee is paid, *see Truitt v. County of Wayne,* 148 F.3d 644, 648 (6th Cir. 1998), and that if she fails to pay the filing fee withing thirty (30) days this matter will be closed.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court