UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CAROLYN TURNBOW-AVERY,
    Plaintiff

vs

UNITED STATES POSTAL
SERVICE,
    Defendant

Case No. 1:11-cv-323
Dlott, J.
Litkovitz, M.J.

**REPORT AND RECOMMENDATION**

On June 14, 2011, plaintiff's motion to proceed *in forma pauperis* was denied and plaintiff was granted thirty days to pay the required filing fee of $350.00. (Doc. 4). Plaintiff was notified that her failure to pay the filing fee within those thirty days would result in plaintiff's case being closed. *Id.*

To date, more than 30 days later, plaintiff has failed to comply with the Court's order. Accordingly, it is **RECOMMENDED** that this matter be closed and terminated on the docket of this Court.

Date: 7/19/2011

Karen L. Litkovitz
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CAROLYN TURNBOW-AVERY,             Case No. 1:11-cv-323
    Plaintiff                                                   Dlott, J.
                                                                            Litkovitz, M.J.

vs

UNITED STATES POSTAL
SERVICE,
    Defendant

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☑ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Carolyn Turnbow-Avery<br>4226 Waterfront Ct.<br>Fairfield, OH 45014 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 2260 0002 6723 3036 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540