IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Carolyn Turnbow-Avery, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv323 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| United States Postal Service, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on July 20, 2011 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 8, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **TERMINATED** from the docket of this Court due to plaintiff failing to pay the required filing fee.

IT IS SO ORDERED.

    s/Susan J. Dlott  
Chief Judge Susan J. Dlott  
United States District Court